**E.C. & Charles Harter,
Plaintiffs/Appellants,**

v.

**Lloyd MIESNER, Defendant/Respondent.**

No. 68786.

Missouri Court of Appeals,
Eastern District,
Division Three.

May 21, 1996.

Charles A. Harter, Washington, for appellants.

Steven P. Kuenzel, Eckelkamp, Eckelkamp, Wood & Kuenzel, Washington, for respondent.

Before GERARD M. SMITH, P.J., and GARY M. GAERTNER and RHODES RUSSELL, JJ.

*MEMORANDUM DECISION*

PER CURIAM.

Plaintiffs appeal from the entry of judgment for defendant in a small claim trial de novo concerning an automobile collision. The trial court acted within its discretion in refusing to allow a rebuttal witness to testify. Plaintiffs' other claims of error all involve questions of credibility, for which we defer to the trial court. No jurisprudential purpose would be served by a written opinion. However, the parties have been furnished with a statement of the reasons for the Court's decision.

The judgment of the trial court is affirmed. Rule 84.16(b).

**STATE of Missouri, Plaintiff/Respondent,**

v.

**Eric HARRIEL, Defendant/Appellant.**

No. 68895.

Missouri Court of Appeals,
Eastern District,
Division One.

May 21, 1996.

Rosalynn Koch, Asst. Public Defender, Columbia, for appellant.

Jeremiah W. (Jay) Nixon, Attorney General, Cheryl A. Caponegro, Assistant Attorney General, Jefferson City, for respondent.

Before REINHARD, P.J. and KAROHL and GRIMM, JJ.

*ORDER*

PER CURIAM.

Defendant appeals after his conviction by a jury of one count of criminal nonsupport, § 568.040, RSMo Supp.1993. The court sentenced him in accordance with the jury's assessment to ninety days in county jail. We affirm. We have reviewed the record and find the claims of error to be without merit. An opinion would have no precedential value nor serve any jurisprudential purpose. The parties have been furnished with a memorandum for their information only, setting forth the reasons for this order pursuant to Rule 30.25(b).